Nov. Term,
1849.

WILLIAMS
v.
WILLIAMS.

WILLIAMS and Another *v.* WILLIAMS, Administrator *de bonis non* of WILLIAMS, deceased.

Assumpsit by an administrator *de bonis non,* on a promissory note payable to the former administrator. Plea, general issue, and judgment for the defendant. *Held,* that it will be presumed that, on the trial, the note was proved to be payable to the estate of the intestate.

Monday,
November 26.

ERROR to the *Morgan* Circuit Court.

BLACKFORD, J. — This was an action of assumpsit brought by *William Williams,* administrator *de bonis non* of *Margaret Williams.*

The suit is founded on a promissory note payable to *Jonathan Williams,* administrator of *Margaret Williams.*

The defendants pleaded the general issue. The cause was submitted to the Court, and judgment rendered for the plaintiff.

The only question raised in this case, which requires notice, is, whether the note sued on belonged to the estate of *Margaret Williams?*

The note is payable to *Jonathan Williams,* administrator of *Margaret Williams.* If it had been payable to the payee *as* administrator of *Margaret Williams,* the point would have been clear. The objection, had the declaration been demurred to, would have deserved consideration. Here, however, the defendants pleaded the general issue, and the plaintiff obtained a judgment on the merits.

It must now be presumed that it was proved on the trial that the note belonged to the estate of *Margaret Williams.*

*Per Curiam.*—The judgment is affirmed with costs.

*L. Barbour,* for the plaintiffs.

*J. L. Ketcham,* for the defendant.